# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2024

## NO. 03-23-00129-CV

**Appellant, Jose Margarito Palacios// Cross-Appellants, Rosa Barr, Ismael Samuel Palacios, Vicente Zenon Palacios, and Maria Andrea Morales**

**v.**

**Appellees, Bonifacio Palacios, as Temporary Dependent Administrator of the Estate of Esequiel Palacios Esparza, Rosa Barr, Ismael Samuel Palacios, Vicente Zenon Palacios, and Maria Andrea Morales// Cross-Appellee, Jose Margarito Palacios**

### APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
### OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on February 24, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment in part. Therefore, the Court affirms the trial court's final judgment to the extent it ordered that Jose Margarito Palacios take nothing on his counterclaim for declaratory judgment, and reverses the judgment as to Intervenors' claim for unjust enrichment, and renders judgment that Intervenors take nothing on this claim. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.